**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, et al.,

        Plaintiffs,

vs.                                                Case No. 3:10-cv-211-J-32MCR

ARRIGATO, INC.,

        Defendant.

## ORDER

This case is before the Court on plaintiffs' Motion for Default Judgment against defendant (Doc. 18). The Honorable Monte C. Richardson issued a Report and Recommendation (Doc. 19), recommending that plaintiffs' damages be calculated as $50,141.92, attorney's fees be calculated as $10,471.50, and costs be calculated as $358.75 for a total of $60,972.17. No party has filed any objections to the Report and Recommendation, and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation (Doc. 19), it is hereby

**ORDERED**:

1. Plaintiffs' Motion for Default Judgment against defendant (Doc. 18) is **GRANTED**.

2. The Report and Recommendation (Doc. 19) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

3. The Clerk is directed enter a default judgment in favor of plaintiffs City of

Jacksonville and SMG, and against defendant Arrigato, Inc., in the amount of **$60, 972.17.**

    4.     Thereafter, the Clerk should **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record

Arrigato, Inc.
d/b/a Craton Events & Concessions,
c/o Charles T. Craton, III,
P.O. Box 1366, Rome, GA 30165